**Jeveria Odess McCALL**

v.

**STATE**

**CR-13-1031**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

**Roderick Dewayne McPHERSON**

v.

**STATE**

**CR-13-1032**

Court of Criminal Appeals of Alabama.

01/26/2015

Dismissed

**Primus Gregory MACK**

v.

**STATE**

**CR-13-1041**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Rodrick O'Neal MARSHALL**

v.

**STATE**

**CR-13-1048**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Henry Louis THOMPKINS**

v.

**STATE**

**CR-13-1054**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed